Plaintiffs Amended Complaint

DEC 29 2025 AM 11:31
FILED-USDC-NDTX-FW

## I. Jurisdiction and Venue

This Court has jurisdiction under **28 U.S.C. § 1331** because this action arises under federal law, including the **Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101 et seq.**, and the **Fair Housing Act (FHA), 42 U.S.C. §§ 3601–3617**. Venue is proper under **28 U.S.C. § 1391(b)** because the events occurred in Fort Worth, Texas.

## II. Parties

- **Plaintiff:** Annie Webb an individual with disabilities including spinal and disc degeneration, fibromyalgia, and neuropathy, which substantially limit major life activities such as walking, sitting, and standing. Plaintiff receives Social Security Disability Income and is a protected class under ADA and FHA.

- **Defendants:**
    - City of Fort Worth
    - RPM Living
    - Villas by the Park
    - Housing Authority of the City of Fort Worth

## III. Statement of Claims

### Count 1 – City of Fort Worth (ADA Violations)

The City of Fort Worth violated **Title II of the ADA**, which prohibits discrimination by state and local governments in programs, services, and activities.

- Plaintiff engaged in the complaint process regarding discrimination at RPM Living and Villas by the Park, properties monitored by the City's Housing Authority. Plaintiff was denied fair due process and the ability to appeal through the Human Relations Commission because of disability.

- Plaintiff was approved for the Weatherization and Priority Repair Program but denied reasonable accommodation to expedite services despite mobility limitations.
These actions constitute discrimination and failure to provide reasonable modifications under **42 U.S.C. § 12132**.

- The city of Fort Worth violated my ADA rights when I engaged in a complaint process against the city of Fort Worth Housing Authority monitored apartment complex managed by RPM Living and Villas by the park. I was discriminated against due to my disability and was denied fair due process in the investigation due to my disability. I was also denied the right to engage in their services by not being given the chance to appeal the discrimination complaint with the city's human relation commissions. I was also discriminated against by the city of Fort Worth through the city's neighborhood services when I was approved for weatherization and priority repair program and was denied reasonable accommodation to expedite these services due to my disability. ADA requires reasonable modifications to ensure that individuals with disabilities can participate fully in city programs and services. I have spinal degeneration, fibromyalgia, and neuropathy to the point of disability that affects my mobility and I also receive social security income because I am not able to work from these disabilities and I am a protected class under ADA and FHA. I am experiencing ongoing discrimination.

---

**Count 2 – RPM Living (FHA and ADA Violations)**

Between **September 28, 2023 and January 30, 2024**, RPM Living violated FHA and ADA by:

From **September 28, 2023 through January 30, 2024**, RPM Living violated the **Fair Housing Act (FHA)** by denying Plaintiff's request for reasonable accommodation—a designated parking space—despite documented mobility impairments. Plaintiff's conditions qualify as disabilities under FHA and ADA.
Additionally, RPM Living retaliated against Plaintiff for exercising protected rights under FHA by pressuring Plaintiff to vacate within 30 days and sign a lease dissolution instead of providing a first-floor unit or honoring the lease term. This retaliation caused Plaintiff to fall on stairs, worsening injuries.
These actions violate **FHA Section 3617** and **ADA Title II**.

- Denying Plaintiff's request for a designated parking space as a reasonable accommodation.

- Retaliating after Plaintiff requested relocation due to stairs following an injury. Plaintiff was pressured to vacate within 30 days and sign a lease dissolution instead of being offered a first-floor unit or honoring the lease term.

- Retaliation caused Plaintiff to fall on stairs, worsening injuries.
  These acts violate **FHA Section 3617** and **ADA Title II**.

- RPM Living- On 09/28/23 through 01/30/24 FHA laws were violated because I was denied reasonable accommodation for a parking spot due to my disability. I have spinal cord degeneration, fibromyalgia, and neuropathy to the point of disability that affects my

mobility and I also receive social security income because I am not able to work from these disabilities as well as others. My disabilities qualify as disabilities under the Fair Housing Act (FHA) because they are physical conditions that substantially limit major life activities like walking, standing, and focusing, granting me rights to reasonable housing accommodations. ADA and FHA laws were also violated when I was discriminated against by retaliation from RPM Living's management when requesting to relocate due to the stairs after injuring myself because of the prolonged parking space. I was told that I had to leave within 30 days to vacate instead of having the opportunity to have a first-floor unit or the time given on my lease agreement and was pressured to sign a dissolve lease instead. (FHA retaliation clause Section 3617) The retaliation caused me to have a fall on the stairs furthering my injuries. Federal court jurisdiction for Fair Housing Act (FHA) cases primarily stems from Federal Question Jurisdiction (28 U.S.C. § 1331). The activities that I engaged that is protected by FHA are renting and seeking reasonable assistance. The adverse action I received was accommodation denials and retaliation

## Count 3 – Villas by the Park (FHA and ADA Violations)

After Plaintiff filed a fair housing complaint, Villas by the Park retaliated and discriminated by:

After Plaintiff filed a fair housing complaint, Villas by the Park engaged in retaliation and discrimination by ignoring essential maintenance requests (refrigerator, water heater, exterior lighting, pest control) for extended periods. Plaintiff was also charged a relocation fee despite requesting reasonable accommodation to move without penalty. Management attempted to coerce Plaintiff into signing a release of all claims under false pretenses. These acts violate **FHA Section 3617** and **ADA Title II.**

- Ignoring essential maintenance requests (refrigerator, mold, water heater, exterior lighting, pest control) for extended periods.

- Charging relocation fees despite Plaintiff's request for reasonable accommodation.

- Attempting to coerce Plaintiff into signing a release of all claims under false pretenses. These acts violate **FHA Section 3617** and **ADA Title II.**

- Vilas by the Park- FHA and ADA rights were violated due to discrimination and retaliation due to my disability when work orders began to be completely ignored after a fair housing complaint. My refrigerator, mold, water heater, outside light and pest control issues were never fixed, or was prolonged for over two months at a time. Villas by the Park failed to comply with ADA and FHA requirements, such as not providing accessible facilities or failing to make reasonable accommodation for individuals with disabilities. I was also charged a fee when moving after contacting Disability Rights Texas to be able to

relocate as reasonable accommodation without moving fees. (United states vs city of Fort Worth texas 933 F. Supp. 2d 977, 985 (N.D. Tex. 2013) Federal court jurisdiction for Fair Housing Act (FHA) cases primarily stems from Federal Question Jurisdiction (28 U.S.C. § 1331). Villas by the Park's management tried intimidating me into signing a release of all claims and told me that the form was agreed upon by Fort Worth housing solutions, but it was not agreed by them. (FHA retaliation clause Section 3617) The activities that I engaged in that is protected by FHA is renting and seeking reasonable assistance. The adverse action I received was accommodation denials and retaliation

## Count 4 – Housing Authority of the City of Fort Worth (FHA and ADA Violations)

Plaintiff requested reasonable accommodation to relocate due to mobility limitations. The Housing Authority:

Plaintiff requested reasonable accommodation to relocate due to mobility limitations. The Housing Authority intimidated Plaintiff into signing a lease dissolution form and threatened voucher termination and homelessness if Plaintiff refused. These actions constitute retaliation under **FHA Section 3617** and discrimination under **ADA Title II**.

- Intimidated Plaintiff into signing a lease dissolution form and threatened voucher termination and homelessness if Plaintiff refused.

- Conditioned retention of Plaintiff's voucher on signing the form.
  These acts constitute retaliation under **FHA Section 3617** and discrimination under **ADA Title II**.

- Housing Authority of City of Fort Worth- My FHA and ADA rights were violated when I requested reasonable accommodation to relocate due to stairs and disability and was intimidated by the Housing Authority to sign a lease dissolvement form and threatened with homelessness if I did not sign. (FHA retaliation clause Section 3617) I was also told that I had to sign this form if I wanted to keep my voucher. The activities that I engaged that is protected by FHA are renting and seeking reasonable and housing assistance. The adverse action I received was accommodation denials and ongoing retaliation with prolonged paper work and housing accommodations. This is grounds for the court's jurisdiction and that I am entitled to relief.

## IV. Protected Activity and Adverse Actions

Plaintiff engaged in protected activities under FHA and ADA by renting and requesting reasonable accommodations. Defendants' adverse actions include denial of accommodations, intimidation, coercion, and retaliation.

## V. Relief Requested

Plaintiff seeks:

- **Compensatory damages** for physical injuries, emotional distress, and economic losses in the amount of **$1,000,000 per Defendant**.

- **Declaratory judgment** that Defendants violated FHA and ADA.

- **Injunctive relief** requiring Defendants to implement policies ensuring compliance with FHA and ADA.

- **Termination of relationship with Housing Authority without penalty**.

- **Attorney's fees and costs** under 42 U.S.C. §§ 3613(c)(2) and 12205.

### Prayer for Relief

Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and grant all relief requested above, along with any other relief the Court deems just and proper.

7/14/25, 8:45 AM    Case 4:25-cv-00429-O-BP    Document 78    Request for Appeal - maya@webb20gmail.com - Gmail    Page 6 of 33    PageID 356

Case 4:25-cv-00429-O-BP    Document 36    Filed 07/15/25    Page 8 of 13    PageID 176

☰  M Gmail          🔍  maya

[Exhibit A]                              ✉

**Compose**

Inbox                    12,760          # Request for Appeal  Inbox ×

Starred                                    **Annie Webb**
                                         Good afternoon. My name is Annie Webb. I reside at 2425 Warrior Circle
Snoozed

Sent                                       **Annie Webb**
                                         I just wanted to add that the space that was reserved was not an agreed
Drafts                       37

More                                       **Heard, Maya A**
                                         Annie Webb, On January 2, 2024, you filed a complaint claiming that yo

Labels                                     **Annie Webb**
                                         I'm sorry, the information of that was incorrect. I did let investigation kno

                                           **Annie Webb**
                                         Is there any legal aid that I can be referred to?

                                           **Heard, Maya A**
                                         Good afternoon, I cannot make any recommendations. Legal Aid of Texa

                                           **Annie Webb**
                                         Ok, thank you.

                                         **Annie Webb**
                                         I just received an email from one of management from Villas by the park

                                         **Heard, Maya A**
                                         Filing a housing discrimination is your right. You may file a complaint onl

                                         **Annie Webb**
                                         Thank you so much I am on my way. Have a great day.

☰  Gmail          🔍 Timothy.Hayden@fortworthtexas.gov

[Exhibit B]

✉

Compose



| | |
|---|---|
| **Inbox** | 12,759 |
| Starred | |
| Snoozed | |
| Sent | |
| **Drafts** | 37 |
| More | |

Labels

Annie Webb <anniecwebb32@gmail.com>
to Maya

**This appeal letter is my written statement describing the rea**
**reserved for me as well as email letting staff know both parki**
**in a reasonable cause determination because management fa**
**unit number on parking because this would be violating the a**
**information because housing approved and completed backg**
**management did request with a resident application even tho**

**Thank you so much for your consideration.**

**Annie Webb**


**Annie Webb**
Adding on to this request I am attaching information regarding other res


**Annie Webb**
I have attached an important document that I would like to be considere


**Annie Webb**
Goodmorning. I am just reaching out about the status of my appeal.


**Heard, Maya A**
I responded to your appeal on May 24, 2024. There has been no change


**Annie Webb**
I have submitted the new request for appeal on May 25th. It is in this thr


**Heard, Maya A**
There has been no change in your appeal request.

☰  M Gmail    🔍 maya

[Exhibit C]    ✉

**Compose**

**Inbox**    12,760
Starred
Snoozed
Sent
**Drafts**    37
More

**Labels**


**Annie Webb**
Goodmorning. I am just reaching out about the status of my appeal.


**Heard, Maya A**
I responded to your appeal on May 24, 2024. There has been no change


**Annie Webb**
I have submitted the new request for appeal on May 25th. It is in this thr


**Heard, Maya A**
There has been no change in your appeal request.


**Annie Webb** <anniecwebb32@gmail.com>
to Maya

I'm not sure what this means? Does this mean that my request won't be


**Heard, Maya A**
You request was taken into consideration. Please refer to the email that


**Annie Webb** <anniecwebb32@gmail.com>
to Maya

Will my request sent on May 25th be considered?

**Heard, Maya A** <Maya.Heard@fortworthtexas.gov>
to me

Thank you, I have received your email and the two attachments. Your ap
information, I advise you to seek legal advice. The allegations of your liv
occurred or terminated.

[ Exhibit D ]

## Housing Discrimination Complaint

### Complaint Draft

1. **Complainants:**

   Annie Webb
   2425 Warrior Circle Apt. 821
   Fort Worth, TX 76119

2. **Complainant Representatives:**

3. **Other Aggrieved Parties:**

   None

4. **The following is alleged to have occurred or is about to occur:**

   - Failure to make reasonable accommodation

5. **The alleged violation occurred because of:**

   - Disability

6. **Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):**

   Villas by the Park
   2450 E Berry Street
   Fort Worth, TX 76119

7. **Respondents:**

   Chandra Barkwell (Regional Manager)
   8111 Preston Road, Ste 900
   Dallas, TX 75225

RPM Living Management (Management Company)
5508 Parkcrest Drive, Suite 320
Austin, TX 78731


Registered Agent: RPM Living, LLC
Cogency Global Inc.
1601 Elm Street Suite 4360
Fort Worth, TX 75201


Fort Worth Affordability Inc. (Owner)
1407 Texas Street
Fort Worth, TX 76102

8.    **The following is a brief and concise statement of the facts regarding the alleged violation:**

Annie Webb ("Complainant") has a physical disability that substantially limits one or more major life activities. Therefore, a member of a protected class. Complainant resides at Villas by the Park at 2425 Warrior Circle Apt.821, Fort Worth, TX 76116. On October 2, 2023, Complainant submitted a reasonable accommodation request in writing to management staff requesting a reserved parking spot close to her unit as an accommodation for her limited mobility. On November 13, 2023, Complainant made a second request to Chandra Barkwell, Regional Manager and the request was denied.

Complainant believes she was denied a reasonable accommodation based on disability in violation of the Act.

9.    **The most recent date on which the alleged discrimination occurred:**

October 02, 2023, and is continuing.

10.    **Types of Federal Funding Identified:**

11.    **The acts alleged in this complaint, if proven, may constitute a violation of the following sections:**

804(f)(3)(B) of Title VIII of the Civil Rights Act of 1968 as amended by the Fair Housing Act of 1988.


**Please sign and date this form:**

# Retaliation  [Inbox]  ☆

**Annie...**   3/13/2024   ☺   ↩   ⋮
to Hayden ⌄

Goodafternoon. I have received a second form of retaliation from the leasing office today. Due to my parking not being complete over 5 months ago I suffered a sprang ankle. Because of this I was not able to drive my car at all. My tires were damaged because of me not being able to drive (low tire pressure) and today they put a parking violation of flat tire on my car. This is causing me a lot more stress because this situation is due to my denied reasonable accommodation back in October 2023. I am afraid that they are now trying to tow my car in retaliation as well. Please help. Thank you. Annie Webb. 817-770-9305

H                                    3/15/2024

                              me a copy of the

*Exhibit C*

# Reasonable accommodation requests



**Add label**

 **Annie...**    5/28/2024    

to Hayden ⌄

This was the 60days notice for the office but she attached the housing one to the email that she sent to me, as I feel that this responce was retaliation because of the complaint mentioned in her reasoning of why I do not get 60 days but 30 days. I would like to know for my understanding if you will be representing me in this complaint or are you representing the respondents?

# Replaced refrigerator



Add label

 **Annie...**    7/10/2024        

to khuffman ⌄

This is the refrigerator that they replaced, it is working but I'm not sure how long this seal will last. It also was infested with roaches and I called to have them spray but unfortunately they said I have to wait until Thursday. Will I be in contact with you about possible food reimbursement?



 Annie W... 12/5/2024 ☺ ← ⋮ ③

to Villas ⌄

Goodmorning, I called two times but it seems that the office may be busy. I will call back around 10am today. I just needed an itemized list of deductions from my deposit because there shouldn't have been any fees. Please email it at your earliest convenience. Talk with you soon.
817-770-9305, Apt.821 Annie Webb.

② **V** Victoria... 12/9/2024 ☺ ←  ⋮

to me ⌄

Ms. Webb,

I apologize for the delayed response, our office was closed on 12/5/24 to allow our associates to attend a company gathering.

I intended on had delivering your Final Account Statement to you on Monday, 12/2/24, as discussed, when you assured me you would be coming in to complete your recertification that day. Since we have not met since 11/29, I have attached your ledger, HAP, and Final Account Statement. The only deduction was the difference of rent as the resident portion was increased for November. The rent was prorated through 11/29/2024. No other charges were applied.

Please let me know if you have any further questions.

 **Annie...** 12/9/2024 ☺ ← ⋮ ③

to Victoria ⌄

Okay, the rent should have been the same since it was a reasonable accommodation for that month.

**V** Victoria... 12/9/2024 ☺ ← ⋮ ④

to me, Chandra ⌄

Ms. Webb,

Your request to move out with an 18-day notice was approved. Rent is still due through the day of move-out. The rent change came from Fort Worth Housing Solutions and was prorated appropriately.

Best,

Exhibit B

 **Annie...**   5/28/2024   

to Mason.Villines ⌄

Good evening,

I am going to need to make a change to my reasonable accommodation request. Due to the fact that I will not get the time frame of 60 days to relocate or the opportunity to renew my lease if needed, I will need to put my relocation request on hold as it would cause hardship to only have 30 days to relocate. Thank you for your understanding.

Annie Webb

 **Annie...**   5/28/2024   

to Mason.Villines ⌄

For clarification I am retracting the initial 60 day reasonable accommodation request to relocate until further notice.

## Unit 821 Inbox 



**Annie...**    6/12/2024    ☺    ↩    ⋮
to villasbythep... ⌄

Good morning this is Annie Webb. I am emailing because my refrigerator stopped cooling completely last night and I put in a work order and called emergency maintenance to fix it. They said that they will be here this morning and I just wanted to make sure that it gets completed this morning so that I can get food back into my home today. I lost about $100 worth of food and I am attaching the receipts to this email. I would like to ask for reimbursement for the items, I am on a fixed income and I am not able to repurchase these items until next month. Thank you very much.



**Chandra Barkwell** 🖇 7/1/2024
Ms. Webb, Unfortunately, we are not able to approve your requ. Thank



**Annie W...**    7/1/2024    ☺    ↩    ⋮
to chandra.bar... ⌄

Is there a reason why I am not able to be reimbursed?

① **Villas by the Park - Accommodation Request - Annie Webb** Inbox ☆

 **Chandr...** 5/24/2024 ☺ ↩ ⋮
to me, Shaylyn... ⌄

Ms. Webb,

We are in receipt of the attached request for relocation.

We accept this accommodation request as your 30 day notice to vacate your current apartment home on or before June 22, 2024. The rent for June will be prorated for the month. Please provide us with a forwarding address.

②  **Annie...** 5/24/2024 ☺ ↩ ⋮
to Chandra ⌄

Hello and thank you. I was told by Mason that the lease ask for a 60-day notice and he advised me to put that 60-day notice in. I have not found a place to go as of yet but he told me that if I needed a little more time that he could extend that for me.

③  **Chandr...** 5/24/2024 ☺ ↩ ⋮
to me, Mason ⌄

In most circumstances the lease does ask for a 60-day notice. However, Mason was not aware of the agreement made to resolve the fair housing complaint.

Please be advised that our attorney did agree to 30 days only.

⑤  **Chandr...** 5/24/2024 ☺ ↩ ⋮
to me, Mason ⌄

Ms. Webb,

We were advised, and agreed, to your request as follows:

- Released from any current lease obligations without any fees or penalties so she {you} can relocate. We agreed to this if you vacated within 30 days.

Show quoted text

④  **Annie...** 5/24/2024 ☺ ↩ ⋮
to Chandra ⌄

Does this mean that my only option at this point is 30 days to vacate?

⑦  **Chandr...** 5/24/2024 ☺ ↩ ⋮
to me, Mason ⌄

Yes. We accept your relocation request and anticipate keys in 30 days.

⑥  **Annie Webb** 5/24/2024
So at this time I only have 30 days to vacate?

7/15/25, 11:43 AM                                    Reasonable Accommodation - anniewebb32@gmail.com - Gmail

☰  M Gmail                    🔍  chandra.barkwell@rpmliving.com                              ✕  ⚙

Compose                                            ✉

                                            Reasonable Accommodation  Inbox ×
Inbox            12,768
Starred                         Annie Webb
Snoozed                         Good morning my name is Annie Webb and I live at Villas By The Park Apartments in Fort Worth Texas. I am in apartment 821 and I hav
Sent
Drafts               37         Annie Webb
More                            Goodmorning. This is Annie Webb again. I wanted to email you to see if there was a time scheduled for a reserved parking spot. I have 3

Labels                          Chandra Barkwell
                                Ms. Webb, Please confirm how/when you requested the accommodation? I have a copy of an approved FWHS request (dated 10/24), bu

                                Annie Webb
                                Yes, attached is the note that miss Ashley told me to leave on her desk. Also I am able to give my live in aid information for the backgrou

                                Chandra Barkwell <chandra.barkwell@rpmliving.com>
                                to me

                                Thank you for sending this to me.

                                I will have the team find the best location to designate a parking space for you.  We will add the live-in aide once we have completed the

                                Annie Webb
                                Okay, my car is parked where it is convenient for me. It is a white Acura il with license plate number 8VLE460. Thank you for your help a

                                Annie Webb
                                Goodafternoon. My car is still parked in the same spot and I have rescheduled two doctors appointments this week and in a lot of pain as

                                Annie Webb
                                Hello I wanted to follow up about the reasonable accommodation for parking because it has not been completed yet. I am also filling out

                                Chandra Barkwell <chandra.barkwell@rpmliving.com>

7/15/25, 7:26 AM    Case 4:25-cv-00429-OFBP    Document 35    Filed 07/15/25    Page 22 of 26    PageID 164

☰  M  Gmail          🔍  chandra.barkwell@rpmliving.com                    ✕  ⚏

Compose

Inbox          12,768     ✉

Starred
                          **Chandra Barkwell**
Snoozed                   Ms. Webb, Ray is going to install a handicap sign in the first space closest to the sidewalk next week when the weather is dry. This spac

Sent
                          **Annie Webb**
Drafts          37        Can I have it where my car is parked under a covered parking spot so that my vehicle isn't wet or snowed on because I don't want to hav
More
                          **Annie Webb**
                          Can I have it where my car is parked under a covered parking spot so that my vehicle isn't wet or snowed on because I don't want to hav
Labels

                          **Chandra Barkwell**
                          Ms. Webb, We have ordered a Reserved parking sign and the materials to put it in. Thanks, Chandra Barkwell, HCCP REGIONAL MAN/

                          **Annie Webb**
                          Wow thanks! I haven't moved my car yet so that the staff can easily find were to put it. Please reach out to me so that I will be available f

                          **Annie Webb**
                          Please call me I will be sending a doctor's note to the office explaining why I need the reserved parking where my car is parked. My phor

                          **Annie Webb** <anniecwebb32@gmail.com>
                          to Chandra

                          I'm not sure if you were able to read my previous emails but I still have not heard from you and wanted to give you my doctor's note that
                          denied this reasonable accommodation. Attached is my doctor's letter, thank you.


                          **One attachment  •  Scanned by Gmail**

                          

 Gmail    *Exhibit 04*

Annie Webb <anniecwebb32@gmail.com>

---

## Reasonable Accommodation

---

**Annie Webb** <anniecwebb32@gmail.com>                    Sat, Jan 27, 2024 at 3:54 PM
To: Chandra Barkwell <chandra.barkwell@rpmliving.com>

 I'm not sure if you were able to read my previous emails but I still have not heard from you and wanted to give you my doctor's note that states why I need this accommodation back from december. I'm still hoping for a response in resolving these issues for being denied this reasonable accommodation. Attached is my doctor's letter, thank you.

> On Wed, Jan 10, 2024, 10:54 AM Annie Webb <anniecwebb32@gmail.com> wrote:
> Please call me I will be sending a doctor's note to the office explaining why I need the reserved parking where my car is parked. My phone number is 8177709305
>
>> On Tue, Jan 2, 2024, 5:03 PM Annie Webb <anniecwebb32@gmail.com> wrote:
>> Wow thanks! I haven't moved my car yet so that the staff can easily find were to put it. Please reach out to me so that I will be available for that date. Have a great day happy holidays.
>>
>>> On Tue, Dec 26, 2023, 1:27 PM Chandra Barkwell <chandra.barkwell@rpmliving.com> wrote:
>>>
>>> Ms. Webb,
>>>
>>>
>>> We have ordered a Reserved parking sign and the materials to put it in.
>>>
>>>
>>> Thanks,
>>>
>>>
>>> **Chandra Barkwell**, HCCP
>>> REGIONAL MANAGER
>>>
>>>         8111 Preston Road Suite 900          **d** (469) 506-1504
>>>         Dallas, TX 75225                     **o** (469) 444-6581
>>>         **rpmliving.com/**                   chandra.barkwell@rpmliving.
>>>                                              com
>>>
>>>
>>>
>>>
>>>
>>> **From:** Annie Webb <anniecwebb32@gmail.com>
>>> **Sent:** Thursday, December 21, 2023 4:44 PM
>>> **To:** Chandra Barkwell <chandra.barkwell@rpmliving.com>
>>> **Subject:** Re: Reasonable Accommodation
>>>
>>>
>>>         WARNING: Outside email - be careful with links, attachments, and replies!
>>>
>>> Can I have it where my car is parked under a covered parking spot so that my vehicle isn't wet or snowed on because I don't want to have a fall? Also informed that the national reserved parking space assigned by housing accommodation not be designated with the international symbol of access
>>>
>>> "disabled parking sign" so it wouldn't allow any

7/15/25, 11:50 AM Case 4:25-cv-00429-O-BP Document 78 Gmail - Reasonable Accommodation Filed 12/29/25 Page 21 of 33 PageID 371

Case 4:25-cv-00429-O-BP Document 35 Filed 07/15/25 Page 25 of 26 PageID 167

other residents with an accessible parking placard to park in this space. I have had one at my previous residence if you would like a copy of what it looked like. It basically said "reserved"

On Thu, Dec 21, 2023, 4:13 PM Annie Webb <anniecwebb32@gmail.com> wrote:

Can I have it where my car is parked under a covered parking spot so that my vehicle isn't wet or snowed on because I don't want to have a fall?

On Thu, Dec 21, 2023, 2:48 PM Chandra Barkwell <chandra.barkwell@rpmliving.com> wrote:

Ms. Webb,



Ray is going to install a handicap sign in the first space closest to the sidewalk next week when the weather is dry. This space is the most convenient for ADA access in the event that your transportation is in a van and/or needs wheelchair access.

I notice that your license plates are from California and there isn't a handicap placard. Please be sure to put your placard up when parked so that the tow company will not tow you for being in an unauthorized space.

Yes, if you want us to approve a live-in attendant to move into your unit, a complete application must be submitted along with the application fee.

**Chandra Barkwell**, HCCP
Regional Manager

8111 Preston Road Suite 900
Dallas, TX 75225
**rpmliving.com/**

**d** (469) 506-1504
**o** 4695061504
chandra.barkwell@rpmliving.com

**From:** Annie Webb <anniecwebb32@gmail.com>
**Sent:** Tuesday, December 19, 2023 5:23 PM
**To:** Chandra Barkwell <chandra.barkwell@rpmliving.com>
**Subject:** Re: Reasonable Accommodation

WARNING: Outside email - be careful with links, attachments, and replies!

Hello I wanted to follow up about the reasonable accommodation for parking because it has not been completed yet. I am also filling out a form for a live in Aid and wanted to know since rental and employment verifications are not necessary does my live in Aid have to provide this information?

On Thu, Nov 30, 2023, 1:28 PM Annie Webb <anniecwebb32@gmail.com> wrote:

7/15/25, 12:46 AM
Screenshot_20241115-1637_Photos.jpg



https://mail.google.com/mall/u/0/#search/chandra.barkwell%40rpmliving.com/QgrcJHrnqzHZDCLkTjQrHtBrFWzFTWZvwNL?projector=1&messagePar...   1/1

Case 4:25-cv-00429-O-BP    Document 53    Filed 09/09/25    Page 2 of 4    PageID 284



**Eastman,...** 7:43 AM

to me ⌄

Good morning,

The Notice of Eligibility states at least 3 years. The City of Fort Worth program covers 41 cities in Tarrant County. We do not offer emergency services.

Thank you,

# *Christy Eastman*

Administrative Technician

817-392-7554

Neighborhood Services

Weatherization Assistance Program

**Mailing Address:**

9/9/25, 8:11 AM                    Annie Webb - 2521 Forest Creek Dr - anniegwebb32@gmail.com - Gmail

Case 4:25-cv-00429-O-BP     Document 78     Filed 12/29/25     Page 24 of 33     PageID 374
Case 4:25-cv-00429-O-BP     Document 53     Filed 09/09/25     Page 3 of 4     PageID 285

Exhibit. 02

☰  M Gmail          🔍 Search mail

Compose

Inbox        13,319
Starred
Snoozed
Sent
Drafts           51
More

Labels

**Annie Webb**
Thank you for your consideration.

**Eastman, Christy**
to me

The majority of our applicants are disabled/elderly. We do not offer emergency services.

Thank you,

*Christy Eastman*
Administrative Technician
817-392-7554
Neighborhood Services
Weatherization Assistance Program
**Mailing Address:**
100 Fort Worth Trail
Fort Worth, Texas 76102
**Physical Address:**
818 Missouri Ave., Ste 245
Fort Worth, Texas 76104

christy.eastman@fortworthtexas.gov

ⓘ  Upgrade          →          **FORT WORTH®**

Emails

☰  M Gmail          🔍 Search mail

Compose

Inbox        13,319

**Annie Webb**
Thank you for the clarification. I need to request a reasonable accommodation to expedite the process for my medical needs.

Starred

Snoozed

Sent

**Eastman, Christy**
Good morning. Thank you for the clarification, I need to request a reasonable accommodation to expedite the process for my medical ne

Drafts        51

More

**Annie Webb**
Does this mean the reasonable accommodation is denied?

Labels

**Annie Webb**
Thank you for your consideration,

**Eastman, Christy**
to me

The majority of our applicants are disabled/elderly. We do not offer emergency services.

Thank you,

*Christy Eastman*

Administrative Technician

817-392-7554

①  Upgrade        →



# FORT WORTH®

## Notice of No Cause Determination

May 16, 2024

Annie Webb
2424 Warrior Cir., Apt. 821
Fort Worth, TX 76119

Subject:    Title VIII Housing Complaint
Annie Webb v. Fort Worth Affordability Inc., et al.
Inquiry No.: 756077
HUD Case No.: 06-24-797-8
FWHRC No.: FW-23-60

Dear Complainant:

The Commission has completed its investigation of the subject complaint filed under the Fair Housing Act (the Act) and the Fort Worth City Ordinance 11075. Informal efforts to resolve the case during the investigation were unsuccessful.

Based on the evidence obtained during the investigation, the Commission has determined that reasonable cause does not exist to believe that a discriminatory housing practice has occurred. **The Determination has been enclosed with this letter.** Accordingly, the above-referenced complaint is hereby dismissed.

This dismissal does not prevent the complaints from re-filing a complaint with the Commission based on newly discovered or previously unavailable information – provided the one-year time limit for filing a complaint has not expired. Written requests for reconsideration must be made within 20 days of the receipt of the dismissal.

Notwithstanding a dismissal by the Commission, the Act provides that the complainant may file a civil action in an appropriate federal district court or state court within two years after the occurrence or termination of the alleged discriminatory housing practice. The computation of this two-year period does not include the time during which this administrative proceeding was pending. In addition, upon the application of either party to such civil action, the court may appoint an attorney, or may authorize the commencement of or continuation of the civil action without the payment of fees, costs, or security, if the court determines that such party is financially unable to bear the costs of the lawsuit.



---

**HUMAN RELATIONS COMMISSION**

THE CITY OF FORT WORTH ★ 200 TEXAS STREET ★ FORT WORTH, TEXAS 76102
817-392-7525 ★ FAX 817-392-7529

♻ Printed on recycled paper

## GENERAL RELEASE OF ALL CLAIMS

This General Release of All Claims is made and entered into this 20th day of September 2023, by and between Annie Webb, hereafter referred to as "Releasor", and Annie Webb and Roscoe Properties, Inc., hereafter referred to as "Releasees".

The Releasor, by his/her signature and for the sole consideration of $100.00 for reimbursement of food, paid to the Releasor, the receipt and sufficiency of which is acknowledged, does hereby release, acquit and forever discharge the Releasees, their current and prior members, partners, shareholders, agents, employees, managers, attorneys, affiliates, directors, officers, successors and assigns ("Releasees") from any and all claims, actions, causes of action, demands, rights, damages, costs, expenses and compensation, which Releasor now has or which may accrue on account of, or in any way grow out of, any and all known and unknown, foreseen and unforeseen property damage/bodily injury resulting from or arising out of the accident, casualty or event which allegedly occurred on or about July 1, 2024, at or near 2425 Warrior Drive, Apt 821

The Releasor understands and agrees that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the Releasees. Releasor further understands and agrees that this General Release of All Claims shall be complete and shall not be subject to any claim of mistake of fact or law and is a full and final compromise of all claims - past, present and future.

Releasor affirmatively states that there are no claims or liens by any insurance company, employer, governmental agency, which claim may be enforceable against the proceeds of this settlement or against Releasees. If any claim or lien is asserted against Releasees, or the proceeds of this settlement, then the Releasor hereby covenants and agrees to pay and satisfy any and all claims and liens, whether or not the lien or claim could presently be anticipated. Releasor agrees to defend, indemnify, and hold harmless Releasees from any and all claims, liens, judgments, settlements, costs, expenses, actions, suits and attorneys' fees, which result from or arise out the assertion or enforcement of any claim or lien. Releasor further affirmatively states that he/she is not a Specially Designated National or Blocked Person as defined by the Office of Foreign Assets Control of the US Department of the Treasury, which would prevent Releasees from issuing payment to Releasor.

Releasor does hereby warrant and agree that the amount of the payment and the terms of this settlement, and the contents of this General Release of All Claims, shall remain confidential, and shall not disclose such claims or terms to any other person than the parties to this Release. Additionally, Resident shall not disclose any claims or complaints Resident allegedly has against the Owner or RPM Living to others including existing or prospective residents of the Owner's apartment community, members of the media, government, or other agencies, etc. or by posting any alleged claims or statements about the Owner or RPM Living on the Internet, including though social media (Facebook, Twitter, Instagram, etc.) or apartment-rating websites or blogs. Resident further agrees not to solicit claims or complaints against the Owner or RPM Living from others including existing or prospective residents of the Owner's apartment community. Resident acknowledges that this confidentiality provision is a material part of the Cancellation, and, in the event, Resident violates this provision, Resident shall be deemed to be in default of this Cancellation and the Owner shall have the right to recover any damages under the Lease or otherwise as if the Lease were not terminated by this Cancellation.

By executing this General Release of All Claims, Releasor represents that he/she is of sound mind, understands the terms and conditions contained herein, and has entered this agreement voluntarily. Releasor

further represents that he/she is the lawful owner of the property and entitled to the recovery for which this settlement is made.

AGREED TO AND EXECUTED this _____20_____ day of _____September_____, 2024.

OWNER'S AGENT: VMD 9·23-24

Signature: _Victoria M. Dobson_   RESIDENT(S):

Name Printed: _Victoria M. Dobson_   Signature: _____

Title: _Community Manager_   Name Printed: _____

Witness:

Signature: _____   Signature: _____

Name Printed: _____   Name Printed: _____

Title: _____

Resident refused to sign.
Wants time to look over.

9.23.24

_Victoria M. Dobson_

7/27/25, 1:14 PM — Gmail - Fwd: Mutual Dissolution

Case 4:25-cv-00429-O-BP    Document 78    Filed 12/29/25    Page 29 of 33    PageID 379
Case 4:25-cv-00429-O-BP    Document 40    Filed 07/28/25    Page 18 of 22    PageID 206

Exhibit B

# M Gmail

Annie Webb <anniecwebb32@gmail.com>

---

## Fwd: Mutual Dissolution
1 message

**Ace World** <babyace32@gmail.com>                                    Sun, Jul 27, 2025 at 1:13 PM
To: Annie Webb <anniecwebb32@gmail.com>

---------- Forwarded message ---------
From: **LaShaunda Hixson** <lhixson@fwhs.org>
Date: Tue, May 28, 2024, 3:36 PM
Subject: Mutual Dissolution
To: villasbythepark@rpmliving.com <villasbythepark@rpmliving.com>
Cc: Ace World <babyace32@gmail.com>


Please see attached document.




**FORT WORTH
HOUSING SOLUTIONS**
Housing with a Mission

**La Shaunda Hixson**

Housing Counselor

Fort Worth Housing
Solutions


**Work:** 817-333-3659

**Email:** lhixson@fwhs.org


1407 Texas Street

Fort Worth, TX 76102


**www.fwhs.org**

**StopSixCNI.org**

7/27/25, 1:14 PM                                    Gmail - Fwd: Mutual Dissolution

Case 4:25-cv-00429-O-BP    Document 78    Filed 12/29/25    Page 30 of 33    PageID 380
Case 4:25-cv-00429-O-BP    Document 40    Filed 07/28/25    Page 19 of 22    PageID 207

**4 attachments**

Exhibit B²



image001.png
5K

image002.png
1K

image003.png
1K

Mutual Dissolution - MAY 2022 (1).pdf
106K

# Request to Mutually Dissolve Lease

**FORT WORTH HOUSING SOLUTIONS**
Housing with a Mission

We, _____
  *Landlord-please print*

and _____
  *Tenant's full name*

Have agreed to a request for mutual dissolution of the lease for the following address:

_____
  *Tenant's Complete Address*

The Mutual Dissolution of the lease on the aforementioned property is for the following reason(s):

☐ Medical _____    ☐ Family Emergency _____

☐ Crime _____    ☐ Foreclosure on Property _____

☐ New Job _____    ☐ Other _____

The Landlord by signing this Mutual Agreement Form certifies that:

- The tenant has abided with all terms of the lease and;

- The tenant has caused no problems, or damages, and;

- This request has not been taken to avoid filing an eviction*

_____
Landlord's Signature                    Date

PHONE: _____

The Tenant by signing this Mutual Agreement Form certifies that:

- They have not been requested to move for lease violations nor have they been harassed, threatened in any manner into signing this statement, and;

- It is by their own free choice that they have made this decision

_____
Tenant's Signature                    Date

PHONE: _____

NOTE: Not to be used if there are claims against Tenant by Landlord or Tenant against Landlord

*Should the Landlord use a Mutual Consent Release Form to avoid filing eviction, he/she may be withdrawn from participation in the Housing Choice Voucher Program.*

May 17, 2022

 

1201 E. 13th St. Fort Worth, Texas 76102      817-333-3400      www.FWHS.org

# PARKING VIOLATION NOTICE

THIS NOTICE HAS BEEN ISSUED BECAUSE THE VEHICLE IS IN VIOLATION OF THE PARKING POLICY.

THIS VEHICLE IS SUBJECT TO ENFORCEMENT ON, OR AFTER, THIS DATE:

ENFORCEMENT DATE: 3/15/24

ALL VEHICLES MUST BE IN COMPLIANCE WITH THE COMMUNITY PARKING POLICY

VEHICLES WITH FLUID LEAKS, FLAT TIRES, WRECKED/DAMAGED, ON JACKS/BLOCKS, MISSING PARTS, EXPIRED LICENSE PLATE OR REGISTRATION INSIGNIA ARE NOT AUTHORIZED TO PARK AT ANY TIME.

VEHICLES IN VIOLATION ARE SUBJECT TO BOOTING AND/OR TOWING WITHOUT FURTHER NOTICE.

DESCRIPTION: Flat tire *

VIOLATION DATE: 3/13/24

LICENSE PLATE No.: DTS3759

VEHICLE MAKE/MODEL: Kia Soul

FAILURE TO REPAIR OR REMOVE THE VEHICLE BY THE ENFORCEMENT DATE, WILL RESULT IN THE VEHICLE BEING BOOTED OR TOWED AT THE OWNER'S/OPERATOR'S EXPENSE.

IF THE VEHICLE IS LISTED AS BOOTED OR TOWED CALL CATTLE TOWN 682-282-6950

Case 4:25-cv-00429-O-BP   Document 78   Filed 12/29/25   Page 33 of 33   PageID 383
Case 4:25-cv-00429-O-BP   Document 35   Filed 07/15/25   Page 26 of 26   PageID 168
Screenshot_20250714_214147_Messages.jpg

Exhibit P

7/15/25, 11:54 AM

9:41 

  📶 24% 🔋

←  **Keisha**   📞   🎥   ⋮

Friday, Nov 8 • 9:31 AM

**I love you sis, I'm sorry I just can't do this no more tell Eli I love his 🤍**

**Tell pokey I love her too**

If you don't pick up, i'm sending the police over there

7/15/25, 11:55 AM                    Screenshot_20250714_213749_Messages.jpg

9:37 

 📶 25% 🔋

←  **Mom**   📞   ⋮

Annie guy got this you're there if your house please be patient we don't get this today

GOD

Don't do this to Kelvin he's worried

Please call me

Tell me where you are I'm coming to you I'm taking off

Friday, Nov 8 • 2:53 PM