IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANNIE WEBB, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00429-O-BP |
| | § | |
| RPM LIVING, *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** the Defendants' Motions to Dismiss (ECF Nos. 80, 84, 85) are **GRANTED**, and Plaintiff's claims against RPM Living, Villas by the Park, and City of Fort Worth are **DISMISSED**.

**SO ORDERED** this **22nd day** of **April, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**