**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ANNIE WEBB,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-00429-O-BP** |
| | § | |
| **RPM LIVING,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Housing Authority of the City of Fort Worth's Motion to Dismiss (ECF No. 103) is **GRANTED**, Plaintiff's Amended Complaint is **DISMISSED**, and Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 105), Motion to Extend Time (ECF No. 110), and Motion for Leave to File Amended Complaint (ECF No. 111) are **DENIED as MOOT**.

**SO ORDERED** this **11th day** of **May**, **2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**